**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00460-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

CHIBUEZE C. ANAEME,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

---

**AMENDED ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff, Chibueze Anaeme currently resides in San Diego, California. Mr. Anaeme has submitted a Complaint for Damages, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Letter, and an Entry of Appearance.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr. Anaeme will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Anaeme files in response to this Order must include the civil action number on this Order.

    The Court also notes that a review of PACER, Public Access to Court Electronic Records, indicates Mr. Anaeme is not a stranger to the federal court system. He has filed thirty-three cases in at least twelve different federal district courts. In at least one of the cases, Mr. Anaeme was ordered to pay a monetary sanction for noncompliance.

*See Anaeme v. Walgreen Co., et al.*, No. 05-cv-01098-JAP-LFG (D. N.M. Mar. 8, 2006).

Mr. Anaeme is warned that this Court will not tolerate any failure to comply with a directive or any unwarranted or vexatious filings.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing an original signature by the prisoner
(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  An original and a copy have not been received by the court. Only an original has been received.
(10) __  other:

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) _X_  is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the court. Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __  names in caption do not match names in text
(19) __  other:

Accordingly, it is

ORDERED that the Mr. Anaeme cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Mr. Anaeme files in response to this Order must include the civil action number on this Order. It is

2

FURTHER ORDERED that the Mr. Anaeme shall obtain the Court-approved form used in filing a civil complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if he fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED February 28, 2012, at Denver, Colorado.

                                    BY THE COURT:

                                    s/Boyd N. Boland
                                    United States Magistrate Judge