IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00460-LTB

CHIBUEZE C. ANAEME,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER IMPOSING FILING RESTRICTIONS

In an order filed on March 27, 2012, the Court dismissed the instant action and directed Plaintiff, Chibueze C. Anaeme, to show cause why filing restrictions should not be imposed. Mr. Anaeme was warned that the specified filing restrictions would be imposed if he failed to show good cause within thirty days. Although Mr. Anaeme submitted a Response to Order of Dismissal and to Show Cause, nothing he asserts shows good cause why the Court should not subject him to filing restrictions.

Therefore, as discussed in the March 27 Order, Mr. Anaeme will be ENJOINED from proceeding as a plaintiff or applicant in an original proceeding unless he is represented by a licensed attorney admitted to practice in this Court or unless he first obtains permission to proceed *pro se*. To obtain permission to proceed *pro se*, Mr. Anaeme must take the following steps:

    1. File a petition with the Clerk of this Court requesting leave to file a pro se appeal or original proceeding;

    2. Include in the petition the following information:

>A. A list of all lawsuits currently pending or filed previously with this Court or any other federal district court, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each proceeding; and
>
>B. A list apprising this Court of all outstanding injunctions or orders limiting Mr. Anaeme's access to federal court, including orders and injunctions requiring him to seek leave to file matters *pro se* or requiring him to be represented by an attorney, including the name, number, and citation, if applicable, of all such orders or injunctions; and
>
>C. File with the Clerk of the Court a notarized affidavit, in proper legal form, which recites the issues he seeks to present, including a short discussion of the legal issues.  The affidavit also must certify, to the best of Mr. Anaeme's knowledge, that the legal arguments being raised are not frivolous or made in bad faith, that they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that the action is not interposed for any improper purpose such as delay or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of this Court.

The above described documents shall be submitted to the Clerk of the Court, who shall forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1C. for review to determine whether to permit a *pro se* proceeding. Without the designated judicial officer's approval the matter will be dismissed.  If the designated judicial officer approves the filing an order shall be entered indicating that the case shall proceed in accordance with the Federal Rules of Civil Procedure, and the Local Rules of Practice of the United States District Court for the District of Colorado.

This Court has the power to impose still further sanctions such as costs, attorney fees, and double costs for the filing of frivolous actions, as well as an outright ban on certain proceedings, whether *pro se* or counseled.  Fed. R. Civ. P. 11.  Although the Court has not imposed such sanctions here, the Court reserves the right to do so if Mr. Anaeme submits vexations and frivolous filings in this Court like he did in the District of New Mexico.  Accordingly, it is

ORDERED that Mr. Anaeme is prohibited from filing any new action in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the District of Colorado unless he obtains permission to proceed *pro se* as described in this Order.

DATED at Denver, Colorado, this  30th   day of     April          , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court